UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY LABARBERA, THOMAS GESULDI,
LOUIS BISIGNANO, ANTHPNY PIROZZI,
FRANK FINKEL, JOSEPH FERRARA, SR.,
MARC HERBST and THOMAS PIALLI,
as Trustees and fiduciaries of the Local 282
Welfare, Pension, Annuity, Job Training,
and Vacation and Sick Leave Trust Funds,

           Plaintiff,

-against-

PI TRUCKING CORP.,

           Defendant.
------------------------------------------------------------X

ORDER

07-CV-3064

(Wexler, J.)

FILED
U.S. CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ MAY 19 2015 ★
LONG ISLAND OFFICE

WEXLER, District Judge:

The Clerk of the Court is directed to accept from Defendant's Registered Agent Kenneth Pellegrino $250.00 in cash for payment of the $250.00 fine directed by this Court in its order of November 13, 2012, subject to further directions from the Court.

SO ORDERED.

                                              LEONARD D. WEXLER
                                              UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       May 19, 2015

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2015 ★
LONG ISLAND OFFICE